UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20504-CIV-HUCK/DUBÉ

MARGARITA MONTOTO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss (D.E. #11) and Motion to Remand (D.E. #16). The Honorable Robert L. Dube, United States Magistrate Judge, issued a Report and Recommendation on the motions, filed July 7, 2009 (D.E. #18), recommending that (1) the Motion to Dismiss (D.E. #11) be denied as moot, (2) the Motion to Remand (D.E. #16) be granted and the cause remanded to the Commission pursuant to 42 U.S.C. § 405(g).

Defendant has not filed an objected to the Report and Recommendation. Therefore, Defendant may not challenge the findings of fact contained in the Report and Recommendation on appeal "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court agrees with Judge Dube's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge Dube be ADOPTED and made the Order of the District Court. It is further ORDERED that the Clerk of Court shall mark this case CLOSED for administrative purposes.

DONE in Chambers, Miami, Florida, July 28, 2009.

                                                Paul C. Huck
                                                United States District Judge

Copies furnished to:
Magistrate Judge Robert L. Dube
Counsel of Record